<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| HOLLIS TEDFORD, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | Civil Action No. 25-cv-2180 |
| v. | **ORDER** |
| EQUITABLE FINANCIAL LIFE INSURANCE COMPANY, THE BENEFITS ADMINISTRATIVE COMMITTEE FOR THE EQUITABLE 401(k) PLAN, and THE INVESTMENT COMMITTEE FOR THE EQUITABLE 401(k) PLAN, | May 19, 2026 |
| *Defendants.* | |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court by way of the Motion to Dismiss the First Amended Complaint ("FAC") (ECF 15) filed by Defendants Equitable Financial Life Insurance Company, the Benefits Administrative Committee, and the Investment Committee for the Equitable 401(k) Plan. ("Defendants"), pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), and this Court having considered the parties submissions, and for the reasons stated in the accompanying Opinion dated May 19, 2026;

**IT IS** on this **19**th day of **May 2026**, hereby:

1. **ORDERED** that Defendant's Motion to Dismiss (ECF 15) is **GRANTED** and Plaintiff Hollis Tedford's FAC is **DISMISSED** without prejudice; and it is finally

1

2.  **ORDERED** that Plaintiff Hollis Tedford shall have sixty (60) days within which to file a Second Amended Complaint. Should the Second Amended Complaint fail to overcome the deficiencies discussed in this Court's Opinion dated May 19, 2026, a successful Motion to Dismiss shall be granted with prejudice.

*/s Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**UNITED STATES DISTRICT JUDGE**